UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE KNIGHT,

    Plaintiff,

v.

    CASE NO. 1:10-CV-7

    HON. ROBERT J. JONKER

ROBERT MULVANEY, *et al.*,

    Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation (docket # 79). The Report and Recommendation was duly served on the parties on February 7, 2011. Plaintiff moved for an extension of time to file a response (docket # 80). The Magistrate granted the motion in part and extended the deadline for objections until March 4, 2011 (docket # 84). Plaintiff has not objected to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(C), and he has been discharged from incarceration (docket # 86). Plaintiff has not informed the Court of his current address, despite knowing that he would be discharged on February 15, 2011 (docket # 81).

**IT THEREFORE IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 7, 2011, is approved and adopted as the opinion of this Court.

**IT IS FURTHER ORDERED** that the motion for summary judgment (docket # 33) is **GRANTED**.

Dated:    March 15, 2011        /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE