UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE KNIGHT,

    Plaintiff,

CASE NO. 1:10-cv-7

v.

HON. ROBERT J. JONKER

ROBERT MULVANEY, *et al.*,

    Defendants.

_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket # 100). The Report and Recommendation was initially returned to the Court based on Plaintiff's change of address after being released from incarceration. (docket # 100.) The Report and Recommendation was subsequently served on Plaintiff at his new address on August 6, 2012. (*Id.*) No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 30, 2012, is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant James McMillian's Motion for Summary Judgment (docket # 97) be **GRANTED**.

                                              /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                              UNITED STATES DISTRICT JUDGE

Dated: August 30, 2012